McKeiver Appeal.

Argued June 14, 1969. *Daniel E. Farmer*, with him *Charles H. Baron* and *Harvey N. Schmidt*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Richard Max Bockol*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and SPAULDING, JJ., absent.

Martin, Appellant, *v.* Warden of Chester County Farms.

Submitted June 9, 1969. *Robert W. Lentz*, and *Lentz, Riley, Cantor, Kilgore & Massey*, for appellant; *William H. Lamb*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Order affirmed.